Kenneth R. Reynolds, SBN 109397
KENNETH R. REYNOLDS, INC.
A Professional Law Corporation
2020 Hurley Way, Suite 210
Sacramento, CA 95825
Telephone  (916) 925-3169
Facsimile  (916) 925-3946

Attorney for Plaintiff, Kenneth R. Reynolds

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| Kenneth R. Reynolds  Plaintiff,<br><br>vs.<br><br>Jennifer Shure; Benjamin Shure; State Farm Mutual Automobile Insurance Company; an Illinois corporation; Brandon Doe, an individual and employee of State Farm Mutual Automobile Insurance Company, an Illinois corporation; and DOES 1 to 100<br><br>Defendant | Case No.: 2:15-CV-02110-WBS-EFB (TEMP)<br><br>JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION;ORDER<br><br>Trial Date: None set<br><br>Judge: Hon. William B. Shubb |

NOTICE OF SETTLEMENT

Plaintiff and Defendants (hereafter the Parties), by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.

The Parties hereby request that the Court vacate all pending due dates and hearings.

Respectfully Submitted,

Dated: January 4, 2015

    By: /s/ Gavan Mutner_____
    SERRANO THOMPSON & ASSOCIATES
    Attorney for Jennifer and Benjamin Shure

    By: /s/ Canon T. Yuong_____
    Canon T. Young
    LHB Pacific Law Partners, LLP
    Attorney for State Farm Mutual Automobile
    Insurance Company; an Illinois Corporation

    By: /s/ Kenneth R. Reynolds____
    Kenneth R. Reynolds, Plaintiff

## ORDER

The documents disposing of the action shall be filed with the court on or before January 25, 2016.  The Court may, on good cause shown, extend the time for filing the dispositional papers. A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. See L.R. 272.

    IT IS SO ORDERED.

    Dated:  January 6, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE